UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD LEWIS | CIVIL ACTION |
| VERSUS | NO. 23-3785 |
| GEOVERA SPECIALTY INSURANCE COMPANY | SECTION M (1) |

## ORDER

Considering the parties' joint motion to dismiss (R. Doc. 16),

IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the claims of plaintiff Edward Lewis against defendant GeoVera Specialty Insurance Company are dismissed with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this 22nd day of November, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE